**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03068-REB-KMT

MIRANDA FALLAS, Individually, and as Personal Representative of the Estate of Lou Ann Fallas aka Lou Ann A. Fallas aka Lou A. Bernard aka Lou Ann Bernard, Deceased

    Plaintiff,

v.

LINCARE, INC., and
JOHN DOES,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#26][1] filed May 7, 2012. No objections to the recommendation have been filed. Therefore, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted.

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiffs are proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See *Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#26], filed May 7, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That for the reasons specified by the magistrate judge in her recommendation, this case is **REMANDED** to the District Court, City and County of Denver, Colorado, where it was filed originally as Case Number 11CV7545.

Dated June 11, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge